

**FILED**
6/30/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AK

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | Case No. | **1:22-cr-00336** |
|---|---|---|
| v. | | **Judge Charles R. Norgle, Sr** |
| PARIS SHEPHERD | | **Magistrate Judge Jeffrey T. Gilbert** |

Violation: Title 18, United States Code, Section 922(g)(1)

**UNDER SEAL**

The SPECIAL JULY 2021 GRAND JURY charges:

On or about June 14, 2022, at Chicago, in the Northern District of Illinois, Eastern Division,

PARIS SHEPHERD,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely, a loaded Glock, Model 19, 9mm semiautomatic pistol bearing serial number BBDY761 with an installed Glock Conversion Device, also known as a "Glock switch," which firearm had traveled in interstate and foreign commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL JULY 2021 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Glock, Model 19, 9mm semiautomatic pistol bearing serial number BBDY761, a Glock Conversion Device, also known as a "Glock switch," and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY